

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00753-CV

**IN RE THE MACY LYNNE QUINTANILLA TRUST**, the Paige Lee Quintanilla Trust, and
the Conner Reed Quintanilla Trust

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2017PC0370
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED. It is ORDERED that Appellee recover his costs of appeal from Appellant.

SIGNED October 10, 2018.

_____
Marialyn Barnard, Justice